26583. PENDER *v.* THE STATE.

BROYLES, C. J. The evidence authorized the defendant's conviction of the offense charged (possessing whisky); and the court did not err in overruling the motion for new trial containing the general grounds only. *Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED JANUARY 14, 1938.

*W. E. & W. G. Mann,* for plaintiff in error.
*J. H. Paschall, solicitor-general,* contra.